**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN-ANDREW GLAVIN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **MISCELLANEOUS CASE NO.** |
| **v.** | ) | **10-mc-00009-KD-B** |
| | ) | |
| **UNITED STATES INTERNAL REVENUE** | ) | |
| **SERVICE,** *et al.*, | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is before the Court on a review of the Status Report, which provides that "this matter appears to be moot." (Doc. 9).

Accordingly, it is **ORDERED** that the Plaintiff's Motion to Quash (Doc. 1) is **MOOT,** unless on or before **April 19, 2011,** the Plaintiff objects to the dismissal of this matter as moot.

**DONE** and **ORDERED** this **5**th day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**